**\*\*E-filed 10/26/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br>  v.<br><br>MARCELO G. BONDOC, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-2522 RS<br><br>**ORDER GRANTING MOTION TO REMAND** |

    This action was initiated as an unlawful detainer in the limited jurisdiction division of the Contra Costa Superior Court. Plaintiff seeks possession of real property it purchased at a foreclosure sale. Appearing *in pro se*, defendants removed the matter to this Court, asserting that plaintiff's claims arise under federal law by virtue of certain Congressional regulation of lending and real estate transactions.

    Plaintiff moves to remand, contending that the notice of removal notice fails to plead the basis of removal properly and was untimely, and that there is no basis for federal jurisdiction in any event. Defendants filed no opposition to the motion. Pursuant to Civil Local Rule 7-1(b), this matter is suitable for disposition without oral argument.

    The motion to remand is granted. It appears defendants may contend that the underlying loan transaction and subsequent foreclosure violated one or more provisions of federal law, but at most such matters would be potential defenses to plaintiff's claim. The complaint for possession

under state unlawful detainer statutes does not arise under federal law.  Additionally, the notice of removal was filed approximately two months after the complaint was served and one month after defendants filed an answer, and was therefore untimely.  Accordingly, there is no basis for jurisdiction in this forum. The action is hereby remanded to Contra Costa Superior Court.  Plaintiff's request for attorney fees is denied.

IT IS SO ORDERED.

Dated: 10/26/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDR WAS MAILED TO:**

Marcelo G. Bondoc
Kathleen Delos Reyes
738 Monarch Court
Richmond, CA 94806

DATED: 10/26/10

/s/ Chambers Staff
Chambers of Judge Richard Seeborg